# BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

P.O. Box 1980 ▫ Morristown, NJ 07962

Hand Delivery:
325 Columbia Turnpike ▫ Suite 301 ▫ Florham Park, NJ 07932

973.514.1200 ▫ fax 973.514.1660

www.bressler.com

Stephen R. Knox
Principal

direct: 973-245-0684
sknox@bressler.com

January 25, 2019

*Via ECF*
Hon. Karen M. Williams, U.S.M.J.
Hon. Jerome B. Simandle, U.S.D.J.
U.S. District Court, Dist. of NJ
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th & Cooper Streets
Camden, NJ  08101

  Re: *William Kennedy v. AT&T Inc.*
    Case No. 1:18-cv-14847 JBS/KMW
    BA&R Client/Matter No. 12994.060

Dear Magistrate Williams and Judge Simandle:

 On behalf of Defendant AT&T Inc., on January 17, 2019, we filed and served a Notice of Motion to Dismiss for Lack of Jurisdiction or, in the Alternative, to Compel Arbitration. ECF Doc. No. 5.  The motion was noticed with a March 4, 2019 return date; however, the Court set the motion return date for February 19, 2019.  We respectfully request that the Notice of Motion be adjourned until March 4, 2019.  Plaintiff has consented to this request.

           Respectfully yours,

           */s/ Stephen R. Knox*
           STEPHEN R. KNOX

cc: William Henry Kennedy (via ECF and electronic mail)